No. 3070. STATE *v.* DRAHER, November Term, 1892.   This was an order for bail under a writ of *habeas corpus.*